**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ANGIE SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-04651-BLF<br><br>**ORDER DISMISSING DEFENDANTS PERSOLVE, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., SEVENTH AVENUE, INC., GINNY'S INC., AND MONROE & MAIN, INC.** |

On April 17, 2017, the Court issued an order setting a deadline of May 8, 2017 for Plaintiff to file a request for Clerk's entry of default. *See* Order Setting Deadline, ECF 107. The order advised that "[i]f Plaintiff does not file a request for a Clerk's entry of default within the time provided, the Court will presume that Plaintiff does not intend to proceed against Defendant and will dismiss the action against Defendant Persolve, LLC for failure to prosecute." *Id.* Plaintiff has not filed a request for a Clerk's entry of default. Accordingly, Persolve, LLC is DISMISSED from this action.

On April 26, 2017, the Court issued an order granting motions to dismiss brought by Defendants Experian Information Solutions, Inc., Seventh Avenue, Inc., Ginny's Inc., and Monroe & Main, Inc. *See* Order Granting Motions to Dismiss, ECF 109. The Court granted Plaintiff until May 17, 2017 to amend, and advised that "[f]ailure to meet the May 17 deadline to file an amended complaint or failure to cure the deficiencies identified in this Order will result in a dismissal of Plaintiff's claims with prejudice." *Id.* at 17. Plaintiff has not filed an amended pleading. Accordingly, Experian Information Solutions, Inc., Seventh Avenue, Inc., Ginny's Inc., and Monroe & Main, Inc. are DISMISSED from this action.

**IT IS SO ORDERED.**

Dated: June 15, 2017

                                                BETH LABSON FREEMAN<br>
                                                United States District Judge